# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEBRANDON BROWN

NO. 2019 KW 1262

**OCT 1 8 2019**

In Re:  This court *ex proprio motu* as to whether the matter is appealable, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-01-0518.

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**APPEAL CONVERTED TO WRIT; WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT